Cragin State Bank, defendant in error, v. Anna Aaflei, plaintiff in error. Gen. No. 36,195.

Opinion filed May 24, 1933.

Charles Waldman, for plaintiff in error; Clyde C. Fisher, of counsel. No appearance for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.

W. R. Bassick, appellant, v. W. B. Burr and Burgold Corporation, appellees. Gen. No. 36,206.

Opinion filed May 24, 1933.

Gallagher, Rinaker, Wilkinson & Hall, for appellant. Loucks, Eckert & Peterson, for appellees.

Mr. Justice Hebel delivered the opinion of the court.

William S. Hefferan, trustee, appellee, v. Maurice Rosenthal et al., defendants, on appeal of George E. Mittelman, appellant. Gen. No. 36,652.

Opinion filed May 24, 1933.

Cousens & Goldman, for appellant. Hayes & Remus, for appellee; David J. A. Hayes, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

SECOND DISTRICT.

Emma Nicholson, appellee, v. G. W. Scott et al., defendants. Russell F. Hunter, appellant. Gen. No. 8,546.

Opinion filed May 3, 1933.

J. E. Malone, Jr., and Robert G. Smith, for appellant. S. P. Hall and Butters & Butters, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.